UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **PAMELA H. WIGGINS,** | * | **Case No. 18-13607-BFK** |
| | * | Chapter 7 |
| Debtor. | * | |

| | | |
|---|---|---|
| **RONALD APOSTOLAKIS,** | * | |
| | * | |
| | * | |
| **Movant,** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **DONALD F. KING, TRUSTEE** | * | |
| | * | |
| **Respondents** | * | |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT
## AND GRANTING MOTION FOR RELIEF FROM STAY

Upon consideration of Movant, Ronald Apostolakis' ("**Apostolakis**") Motion to Approve the Settlement and Compromise and Apostolakis' Motion for Relief from the Stay, the Court having heard oral argument and having reviewed the pleadings in support and having found that the two motions should be granted, it is hereby:

ORDERED that the Motion to Approve the Settlement and Compromise is hereby granted, and it is further

ORDERED that the Motion for Relief from Stay is hereby granted subject to the following:

1.     The lifting of the automatic stay for the Administrator to proceed with the Broward County probate Court to sell the property shall be consistent with the rulings of

1

this Court and shall be without prejudice to the Trustee's ability to seek to sell that real property pursuant to 11 U.S.C. § 363(h).

2.       All filings made in the Broward County probate matter referencing the subject property must acknowledge the Trustee's interests in the probate assets to which the Trustee has succeeded to.

3.       All offers received for the real property must be presented to the Trustee for his review.

4.       The Trustee shall have opportunity to file objections to any offers within 10 days of presentation or shall be deemed approved.

5.       If an objection to any offer is made, then the Broward County probate court shall determine whether to approve the sale.

6.       The approval of any contract of sale of the property of the Trustee's interests in that property must be approved by the Bankruptcy Court pursuant to 11 U.S.C. § 363(b). The Trustee will not be required to seek approval under 11 U.S.C. § 363(h),

7.       The Administrator will provide copies of all filings in Broward County to the Trustee.

8.       The Trustee may only be named as a necessary party to the extent required under Florida law.

9.       No litigation related to the subject property may be commenced against the Trustee in Broward County unless a subsequent motion for relief from stay is presented to the Bankruptcy Court and the Bankruptcy Court grants that motion and authorizes the commencement of the litigation.

The 14 day stay of this order is waived.

2

The clerk will provide a copy of this order to counsel for the Plaintiff, the Counsel for the

Chapter 7 Trustee and to the United States Trustee.

Dated: __Nov 9 2021__
          Alexandria, VA

/s/ Brian F Kenney
_____
**BRIAN F. KENNEY**
**United States Bankruptcy Judge**

Entered on docket:   __November 10, 2021__

I ask for this:

_____
George LeRoy Moran, Esquire (VSB No. 15187)
Counsel for Ronald Apostolakis
MORAN LAW, P.L.C
4041 University Drive, Suite 301
Fairfax, Virginia 22030-3410
Phone:   703-359-8088
Fax:      703- 359-8094
moran@moranlawplc.com

Seen and agreed to:

_____
Alexander M. Laughlin, Esquire (VSB No. 25237)
Counsel for Trustee
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:   703-218-2134
Fax:      703-218-2160
alex.laughlin@ofplaw.com

3

Copies to:

George LeRoy Moran
Moran Law, P.L.C.
VSB #15187
4041 University Drive, Suite 301
Fairfax Virginia 22030-3410
moran@moranlawplc.com
*Counsel for Ronald Apostolakis*

John P. Fitzgerald, III
Assistant United States Trustee
Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Alexander M. Laughlin, Esquire
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
*Counsel for Donald F. King,*
*Chapter 7 Trustee*

Karen Strid Lang, Esquire
P. O. Box 3612
Arlington, Virginia 22203
*Counsel for Debtor*

Ted D'Apuzzo, Esquire
The D'Apuzzo Law Firm
2755 E. Oakland Park Blvd.
Suite 303
Ft. Lauderdale, Florida 33306
*Counsel for the Estate of*
*Genevieve Apostolakis*

4